UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BONNIE DARLING,

Plaintiff,

-v-

L'OREAL USA INC., *et al.*,

Defendants.

26-CV-01627 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This action was removed from the Supreme Court of the State of New York, New York County, on February 27, 2026.  The removing Defendant's Notice of Removal (ECF No. 1) fails to include all information required by Local Civil Rule 81.1 to establish that this Court has subject matter jurisdiction under 28 U.S.C. § 1332.

Specifically, the Notice of Removal fails to identify (1) the citizenship of *each member* of each defendant that is a limited liability company (LLC), and (2) the principal place of business *and* state of incorporation of each defendant that is a corporation.  Local 81.1 provides that that information "must" be set forth in the Notice of Removal.  A removing defendant has the burden of establishing the basis for this Court's subject matter jurisdiction.  For purposes of diversity jurisdiction, a limited liability company takes the citizenship of each of its members.  *Bayerische Landesbank v. Aladdin Capital Mgmt. LLC*, 692 F.3d 42, 49 (2d Cir. 2012).  The Notice of Removal states that "Removing Defendant will assume the citizenship of the Defendants aligns with the allegations in Plaintiff's Verified Complaint regarding each Defendant."  (ECF No. 1 (*citing* Exh. A at ¶¶ 5-32).)  However, Plaintiff's Verified Complaint does not allege the citizenship of each member of the LLC defendants in this action or of both the state of incorporation and principal place of business of each corporate defendant.

1

Accordingly, because the removing party has failed to adequately plead diversity of citizenship as required under 28 U.S.C. § 1332 and Local Rule 81.1, this action is hereby REMANDED to the Supreme Court of the State of New York, New York County, without prejudice to subsequent proper removal.

The Clerk of Court is directed to remand this case to the Supreme Court of the State of New York, New York County.

SO ORDERED.

Dated: March 3, 2026
New York, New York

_____
J. PAUL OETKEN
United States District Judge

2